52 So.2d 891

**James TARVER v. CITY OF BIR-MINGHAM.**
**6 Div. 70.**

Court of Appeals of Alabama.
March 13, 1951.

Application for Rehearing Stricken March 28, 1951, Sup.Ct. Rule 38, Code 1940, Tit. 7 Appendix.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, Asst. Atty. Gen., for appellee.

HARWOOD, Judge.

Affirmed. Certiorari denied by Supreme Court, 255 Ala. 702, 52 So.2d 885.